PATRICIA L. McCABE, CSBN 156634
KRISTIN E. BERK, CSBN 275840
Law Offices of Patricia L. McCabe
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406-3874
(818) 907-9726; Fax: (818) 907-6384
Email: patricia@mccabedisabilitylaw.com

Attorneys for Plaintiff,
LUCIA ROMO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCIA ROMO<br>          Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI[1],<br>Acting Commissioner, Social Security<br><br>          Defendant. | Case No. 2:20-CV-07919-DFM<br><br>ORDER FOR AWARD OF ATTORNEY FEES AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Judge: Hon. Douglas F. McCormick |

Based upon the parties' Stipulation for Award of Attorney Fees and Expenses under The Equal Access to Justice Act (EAJA), IT IS ORDERED that attorney fees and expenses be paid to Patricia L. McCabe, Counsel for Plaintiff, in the amount of $7,100.00, and expenses in the amount of $0.00, pursuant to 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Date: June 8, 2022

_____
Douglas F. McCormick
United States Magistrate Judge

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to FRCP Rule 25(d), Kilolo Kijakazi should be substituted for Commissioner Andrew Saul as the defendant in this suit. No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).